## Thomas H. CLAY, Plaintiff–Appellant,

v.

UNIVERSITY OF TEXAS MEDICAL BRANCH AT JOHN SEALY; University of Texas Medical Branch Correctional Healthcare Management; John Sealy Employees; Jane Doe, # ; Jane Doe, # ; Jane Doe, # , Physician Assistant; et al., Defendants–Appellees.

No. 04–41134.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Nov. 28, 2005.

Thomas H. Clay, Lovelady, TX, pro se.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Thomas H. Clay, Texas prisoner # 1124123, appeals the magistrate judge's denial of his motion for appointment of counsel. This court must examine the basis of its jurisdiction on its own motion if necessary.[1] Although an interlocutory order denying the appointment of counsel in a civil rights action is immediately appealable,[2] if that order was issued by a magistrate judge and the parties have not consented to proceed before a magistrate judge, the party must appeal first to the district court.[3] Otherwise, this court lacks jurisdiction.[4]

The record does not indicate that the parties consented to proceed before a magistrate judge or that Clay appealed the denial of his motion to the district court. Therefore, we DISMISS Clay's appeal for lack of jurisdiction.

APPEAL DISMISSED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. *Mosley v. Cozby,* 813 F.2d 659, 660 (5th Cir.1987).

2. *Robbins v. Maggio,* 750 F.2d 405, 413 (5th Cir.1985).

3. 28 U.S.C. § 636(b)(1)(A),(c)(1),(c)(3); *see Alpine View Co. v. Atlas Copco AB,* 205 F.3d 208, 219–20 (5th Cir.2000).

4. *Colburn v. Bunge Towing, Inc.,* 883 F.2d 372, 379 (5th Cir.1989).